1  Mark H. Meyerhoff, Bar No. 180414
   mmeyerhoff@lcwlegal.com
2  Viddell Lee Heard, Bar No. 175049
   lheard@lcwlegal.com
3  LIEBERT CASSIDY WHITMORE
   A Professional Law Corporation
4  6033 West Century Boulevard, 5th Floor
   Los Angeles, California 90045
5  Telephone:  310.981.2000
   Facsimile:  310.337.0837
6
7  Attorneys for Defendants CHAFFEY COMMUNITY
   COLLEGE, JASON CHEVALIER, SUSAN HARDIE,
8  LAURA HOPE, and LISA BAILEY

9                    UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11

12  JOANN MADRID ALVAREZ,           Case No.:  5:24-cv-01781-JGB-SHK
    Ph.D.,
13                                  Complaint Filed: August 30, 2024
                  Plaintiff,
                                    **NOTICE OF INTERESTED PARTIES**
14       v.

15  CHAFFEY COMMUNITY
    COLLEGE, JASON CHEVALIER,
16  SUSAN HARDIE, LAURA HOPE,
    LISA BAILEY, and DOES 1
17  through 10, Inclusive,

18                Defendants.

19

20

21

22

23

24

25     **TO THE COURT AND TO ALL COUNSEL OF RECORD:**

26        Pursuant to Central District Local Rule 7.1-1, the undersigned, counsel of

27  record for Defendants Chaffey Community College District, Jason Chevalier, Susan

28  Hardie, Laura Hope and Lisa Bailey, certifies that the following listed parties have a

*LIEBERT CASSIDY WHITMORE*
*A Professional Law Corporation*
*6033 West Century Boulevard, 5th Floor*
*Los Angeles, California 90045*

1

12688517.1 CH020-114

direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

**Defendants**

    1.     Chaffey Community College District

    2.     Jason Chevalier

    3.     Susan Hardie

    4.     Laura Hope

    5.     Lisa Bailey

**Plaintiff**

    1.     Joann Madrid Alvarez, PhD

Dated:  December 11, 2024          LIEBERT CASSIDY WHITMORE

          By:  */s/ Viddell Lee Heard*

          Mark H. Meyerhoff
          Viddell Lee Heard
          Attorneys for Defendants
          CHAFFEY COMMUNITY
          COLLEGE, JASON
          CHEVALIER, SUSAN HARDIE,
          LAURA HOPE, and LISA
          BAILEY

LIEBERT  CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

2

12688517.1 CH020-114