# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN MADRID ALVAREZ, Ph.D. | Case No.: 5:24-cv-01781-JGB-SHK |
| Plaintiff, | **ORDER RE: STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO THE PLAINTIFF'S FIRST AMENDED COMPLAINT, FOR PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT, AND FOR DEFENDANTS TO FILE THEIR RESPONSIVE PLEADING TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |
| vs. | |
| CHAFFEY COMMUNITY COLLEGE DISTRICT, JASON CHEVALIER, SUSAN HARDIE, LAURA HOPE, and LISA BAILEY, and DOES 1 through 10, Inclusive, | |
| Defendants. | |

//
//
//
//
//
//
//

1

**ORDER EXTENDING DEADLINE FOR PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT ON OR BEFORE FEBRUARY 28, 2025, AND FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S SECOND AMENDED COMPLAINT ON OR BEFORE MARCH 21, 2025**

FOR GOOD CAUSE APPEARING, and on the basis of the parties' Stipulation:

1. Plaintiff's deadline to file a Second Amended Complaint is February 28, 2025; and

2. Defendants' deadline to respond to the Second Amended Complaint in this action is extended to March 21, 2025.

IT IS SO ORDERED.

Dated: February 24, 2025

_____
The Honorable Jesus G. Bernal
UNITED STATES DISTRICT JUDGE