Mark H. Meyerhoff, Bar No. 180414
mmeyerhoff@lcwlegal.com
Viddell Lee Heard, Bar No. 175049
lheard@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045
Telephone: 310.981.2000
Facsimile: 310.337.0837

Attorneys for Defendants CHAFFEY COMMUNITY COLLEGE, JASON CHEVALIER, SUSAN HARDIE, LAURA HOPE, and LISA BAILEY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN MADRID ALVAREZ, Ph.D.,<br><br>Plaintiff,<br><br>v.<br><br>CHAFFEY COMMUNITY COLLEGE, JASON CHEVALIER, SUSAN HARDIE, LAURA HOPE, LISA BAILEY, and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No.: 5:24-cv-01781-JGB-SHK<br><br>Complaint Filed: August 30, 2024<br><br>**DECLARATION OF VIDDELL LEE HEARD IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>[Filed concurrently with Defendants' Motion to Dismiss]<br><br>Date: February 17, 2025<br>Time: 9:00 a.m.<br>Dept: 1 |

I, Viddell Lee Heard, declare as follows:

1. I am an attorney at law duly licensed to practice in the State of California and in the United States District Court for the Central District of California. I am an attorney with the law firm of Liebert Cassidy Whitmore, attorneys of record for Defendants Chaffey Community College District, Jason

1

Chevalier, Laura Hope, Lisa Bailey, and Susan Hardie (collectively, "Defendants") in this matter. I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify thereto.

2. Plaintiff filed the Second Amended Complaint on Saturday, March 1, 2025. On Monday, March 3, I emailed Plaintiff's counsel, Gloria Haney, to request that the parties confer about Defendants' intention to move to dismiss the SAC. My email stated, in part,

> I don't think our conference will take long. The SAC is materially identical to the original complaint, so I expect Defendants' motion to dismiss the SAC will raise at least the same deficiencies identified in Defendants' 12/4/24 motion to dismiss the original complaint (Doc. # 18). I've attached a copy of that motion for your convenience and to allow our discussion to proceed more efficiently. Please advise as to your availability.

3. On March 7, 2025, Ms. Haney responded that she was available to discuss the motion on March 21 or March 26. I responded Defendants' deadline to file the motion is March 21, so the parties would need to confer long before then. The parties thereafter arranged to talk on March 12, but I was unable to attend at the last minute.

4. On March 13, I again asked Ms. Haney to schedule a conference about the motion. On March 13, Ms. Haney's assistant asked if the parties could stipulate to Plaintiff filing a Third Amended Complaint. I responded that a stipulation was a subject the parties could discuss during our conference, but also expressed doubt that the Court would approve a third stipulation for Plaintiff to amend the complaint. On March 14, Ms. Haney responded that she did not know when she would be available, apparently because a family member was set to have "major surgery." Ms. Haney did not thereafter notify me that she was available to confer about the motion. Attached as Exhibit A is a true and correct copy of the above-referenced emails dated March 3, 7, 12, 13, and 14, 2025.

5. However, as indicated in my March 3 email, the parties have previously discussed *all of the deficiencies raised in the instant motion*. The SAC is

1  materially identical to the original complaint. The parties met-and-conferred prior
2  to the filing of Defendants' motion to dismiss the original complaint, including a
3  discussion of the grounds for seeking dismissal of each claim asserted therein. [Dkt.
4  # 18]. The parties also conferred regarding Defendants' intention to move to
5  dismiss the First Amended Complaint (FAC), which is also materially identical to
6  the SAC. Therefore, the parties have fully discussed the issues raised in the instant
7  motion to dismiss.

      Executed this 21st day of March, 2025, at Los Angeles, California.

                        */s/ Viddell Lee Heard*
                        Viddell Lee Heard

# Exhibit A

| | |
|---|---|
| **From:** | Viddell Lee Heard |
| **Sent:** | Friday, March 14, 2025 2:51 PM |
| **To:** | dreddlaw@sbcglobal.net |
| **Cc:** | 'Kirk Womack'; 'Gaston Kandolo'; Mark H. Meyerhoff |
| **Subject:** | RE: Alvarez v. Chaffey CCD et al: Request to Meet-and-Confer re SAC |

Thanks. Please do let me know when you are able to confer about the motion to dismiss. In the meantime, I will prepare the motion so that it can be filed if necessary.

    Lee


### Viddell Lee Heard | Associate

LIEBERT CASSIDY WHITMORE

6033 West Century Boulevard, 5th Floor
Los Angeles, CA 90045

tel: 310.981.2000 | dir: 310.981.2018
fax: 310.337.0837

           |    |    |



This electronic communication contains information that is confidential, legally privileged, and proprietary. The information contained in this communication is intended only for use by the designated individual or entity. If the reader is not the intended recipient of this communication, the reader is hereby notified that any reliance on the information contained herein is taken at reader's own risk and any dissemination, distribution or copy of this information is strictly prohibited.  If you have received this communication in error, please notify our office immediately by calling 800-645-2696 or reply to this communication and then delete the communication.


**From:** dreddlaw@sbcglobal.net <dreddlaw@sbcglobal.net>
**Sent:** Friday, March 14, 2025 1:05 PM
**To:** Viddell Lee Heard <lheard@lcwlegal.com>
**Cc:** 'Kirk Womack' <kcwomack@hotmail.com>; 'Gaston Kandolo' <nkoyi8@gmail.com>; Mark H. Meyerhoff <mmeyerhoff@lcwlegal.com>
**Subject:** RE: Alvarez v. Chaffey CCD et al: Request to Meet-and-Confer re SAC
**Importance:** High

   **CAUTION - EXTERNAL EMAIL** | DO NOT reply, click links or open attachments unless you have verified the sender and know

Mr. Heard,

I understand your sentiment very well because, after all, you and I have discussed this matter many, many times. I also appreciate your attempt to explain to me what you believe Judge Bernal will do under the circumstances extant. I have always found Judge Bernal to do what is necessary, fair, and on the merits. I also believe I have only written an amended complaint In this matter one time when Judge Bernal reviewed the First Amended Complaint.

If you prefer that we discuss the issues raised in the amended complaint, that is fine with me. However, I do not know when I will be available. I have a family member who has been rushed to the hospital and will have major surgery. Depending on the outcome of the surgery, I am in no position now to agree to a time for the meet-and-confer meeting. I will let you know immediately when I am available.

*Gloria Dredd Haney, Esq.*
**LAW OFFICES OF GLORIA DREDD HANEY**
5753 East Santa Ana Canyon Road
Suite G-210
Anaheim Hills, CA 92807
dreddlaw@sbcglobal.net [email]
(714) 279-0485 [Main Office Phone & Message Center]
(714) 279-0485 [Direct]
(714) 921-2856 [Fax]

Nkoyi8@email.com [email for Gaston K. Kandolo]; (714) 809-2696/353-9559 [Direct for Gaston K. Kandolo, A.S., Executive Legal Assistant/Paralegal]

Dreddlaw1@gmail.com [email for Kirk C. Womack]; (714) 353-9559 [Direct for Kirk C. Womack, J.D., Senior Legal Assistant/Paralegal]


Confidentiality Note:





**From:** Viddell Lee Heard <lheard@lcwlegal.com>
**Sent:** Friday, March 14, 2025 12:11 PM
**To:** Law Offices of GDH <dreddlaw1@gmail.com>
**Cc:** dreddlaw@sbcglobal.net; Kirk Womack <kcwomack@hotmail.com>; Gaston Kandolo <nkoyi8@gmail.com>
**Subject:** RE: Alvarez v. Chaffey CCD et al: Request to Meet-and-Confer re SAC


I think that's a topic we can discuss during our conference, especially what exact changes would be included in the amended complaint. My clients would like this matter to proceed past the pleading stage, and would like the Court to

resolve any issues the parties cannot resolve themselves. I also doubt Judge Bernal would approve a third stipulation allowing an amended complaint.

I don't think our conference will take long because we've discussed these issues at least twice before. Please advise as to your availability. Thanks,

    Lee


**Viddell Lee Heard** | Associate

LIEBERT CASSIDY WHITMORE

6033 West Century Boulevard, 5th Floor
Los Angeles, CA 90045

tel:  310.981.2000   |   dir:  310.981.2018
fax: 310.337.0837

             |     |    |



This electronic communication contains information that is confidential, legally privileged, and proprietary. The information contained in this communication is intended only for use by the designated individual or entity. If the reader is not the intended recipient of this communication, the reader is hereby notified that any reliance on the information contained herein is taken at reader's own risk and any dissemination, distribution or copy of this information is strictly prohibited.  If you have received this communication in error, please notify our office immediately by calling 800-645-2696 or reply to this communication and then delete the communication.


**From:** Law Offices of GDH <dreddlaw1@gmail.com>
**Sent:** Thursday, March 13, 2025 7:00 PM
**To:** Viddell Lee Heard <lheard@lcwlegal.com>
**Cc:** dreddlaw@sbcglobal.net; Kirk Womack <kcwomack@hotmail.com>; Gaston Kandolo <nkoyi8@gmail.com>
**Subject:** Re: Alvarez v. Chaffey CCD et al: Request to Meet-and-Confer re SAC

   **CAUTION - EXTERNAL EMAIL** |  DO NOT reply, click links or open attachments unless you have verified the sender and know


Mr. Heard,

Ms. Haney has reviewed your former motion and the complaint. She is willing to do another amended complaint if you will stipulate to allowing her to file another amended complaint. Please let her know if you will stipulate to this.

Thank You.

Kirk C. Womack, Senior Legal Assistant/Paralegal
LAW OFFICES OF GLORIA DREDD HANEY
5753 East Santa Ana Canyon Road
Suite G-210

Anaheim Hills, CA 92807-3230
Gloria's Email: dreddlaw@sbcglobal.net
714.279.0485 Office
714.921.2856 Fax


On Thu, Mar 13, 2025 at 4:56 PM Viddell Lee Heard <lheard@lcwlegal.com> wrote:


My apologies for missing our call yesterday. Please advise if you are available today or tomorrow. Thanks.


**Viddell Lee Heard** | Associate

LIEBERT CASSIDY WHITMORE

6033 West Century Boulevard, 5th Floor
Los Angeles, CA 90045

tel:  310.981.2000   |   dir:  310.981.2018
fax: 310.337.0837

|     |     |     |



This electronic communication contains information that is confidential, legally privileged, and proprietary. The information contained in this communication is intended only for use by the designated individual or entity. If the reader is not the intended recipient of this communication, the reader is hereby notified that any reliance on the information contained herein is taken at reader's own risk and any dissemination, distribution or copy of this information is strictly prohibited.  If you have received this communication in error, please notify our office immediately by calling 800-645-2696 or reply to this communication and then delete the communication.


**From:** Viddell Lee Heard <lheard@lcwlegal.com>
**Sent:** Wednesday, March 12, 2025 9:48 AM
**To:** Law Offices of GDH <dreddlaw1@gmail.com>
**Cc:** dreddlaw@sbcglobal.net; Kirk Womack <kcwomack@hotmail.com>; Gaston Kandolo <nkoyi8@gmail.com>; Mark H. Meyerhoff <mmeyerhoff@lcwlegal.com>
**Subject:** RE: Alvarez v. Chaffey CCD et al: Request to Meet-and-Confer re SAC


Yes, I can meet with her at 5:00 p.m. today. I'll call her office. Thanks,

4

Lee

**Viddell Lee Heard** | Associate

LIEBERT CASSIDY WHITMORE

6033 West Century Boulevard, 5th Floor
Los Angeles, CA 90045

tel: 310.981.2000 | dir: 310.981.2018
fax: 310.337.0837

| | |



This electronic communication contains information that is confidential, legally privileged, and proprietary. The information contained in this communication is intended only for use by the designated individual or entity. If the reader is not the intended recipient of this communication, the reader is hereby notified that any reliance on the information contained herein is taken at reader's own risk and any dissemination, distribution or copy of this information is strictly prohibited. If you have received this communication in error, please notify our office immediately by calling 800-645-2696 or reply to this communication and then delete the communication.

**From:** Law Offices of GDH <dreddlaw1@gmail.com>
**Sent:** Tuesday, March 11, 2025 6:10 PM
**To:** Viddell Lee Heard <lheard@lcwlegal.com>
**Cc:** dreddlaw@sbcglobal.net; Kirk Womack <kcwomack@hotmail.com>; Gaston Kandolo <nkoyi8@gmail.com>; Mark H. Meyerhoff <mmeyerhoff@lcwlegal.com>
**Subject:** Re: Alvarez v. Chaffey CCD et al: Request to Meet-and-Confer re SAC

**CAUTION - EXTERNAL EMAIL** | DO NOT reply, click links or open attachments unless you have verified the sender and kno

Good Afternoon Mr. Heard,

Gloria regrets being unable to meet with you today. She will be back in the office around 5:00 p.m. tomorrow. Does that work for you? If not, please provide her with another time for her to meet with you.

Thank You.

Kirk C. Womack, Senior Legal Assistant/Paralegal
LAW OFFICES OF GLORIA DREDD HANEY

5753 East Santa Ana Canyon Road

Suite G-210

Anaheim Hills, CA 92807-3230

Gloria's Email: dreddlaw@sbcglobal.net

714.279.0485 Office

714.921.2856 Fax


On Tue, Mar 11, 2025 at 10:14 AM Viddell Lee Heard <lheard@lcwlegal.com> wrote:


Good morning. I'm circling back about this request. Please advise. Thanks.


**Viddell Lee Heard** | Associate

LIEBERT CASSIDY WHITMORE

6033 West Century Boulevard, 5th Floor
Los Angeles, CA 90045

tel: 310.981.2000 | dir: 310.981.2018
fax: 310.337.0837

|   |   |   |



This electronic communication contains information that is confidential, legally privileged, and proprietary. The information contained in this communication is intended only for use by the designated individual or entity. If the reader is not the intended recipient of this communication, the reader is hereby notified that any reliance on the information contained herein is taken at reader's own risk and any dissemination, distribution or copy of this information is strictly prohibited.  If you

have received this communication in error, please notify our office immediately by
calling 800-645-2696 or reply to this communication and then delete the
communication.

**From:** Viddell Lee Heard <lheard@lcwlegal.com>
**Sent:** Friday, March 7, 2025 2:23 PM
**To:** dreddlaw@sbcglobal.net; Viddell Lee Heard <lheard@lcwlegal.com>
**Cc:** 'Kirk Womack' <kcwomack@hotmail.com>; 'Gaston Kandolo' <nkoyi8@gmail.com>; 'Law Offices of GDH' <dreddlaw1@gmail.com>; Mark H. Meyerhoff <mmeyerhoff@lcwlegal.com>
**Subject:** RE: Alvarez v. Chaffey CCD et al: Request to Meet-and-Confer re SAC

Defendants' deadline to respond to the SAC is March 21, and the Local Rules require that we conference at least a week before that, by March 14. Please advise as to your availability next week. I'm broadly available next week other than Monday before 2 pm. Thanks.

Sent from my T-Mobile 5G Device

-------- Original message --------

From: dreddlaw@sbcglobal.net

Date: 3/7/25 3:53 PM (GMT-06:00)

To: Viddell Lee Heard <lheard@lcwlegal.com>

Cc: 'Kirk Womack' <kcwomack@hotmail.com>, 'Gaston Kandolo' <nkoyi8@gmail.com>, 'Law Offices of GDH' <dreddlaw1@gmail.com>, "Mark H. Meyerhoff" <mmeyerhoff@lcwlegal.com>

Subject: RE: Alvarez v. Chaffey CCD et al: Request to Meet-and-Confer re SAC

**CAUTION - EXTERNAL EMAIL** | DO NOT reply, click links or open attachments unless you have verified the sender and kno

Mr. Heard,

I am available to meet and confer regarding your potential notice of motion and motion to dismiss the Second Amended Complaint on **Friday, March 21. 2025, or Wednesday, March 26, 2025, with both being after 3:00 p.m.**  Please let me know if either of these dates are compatible with your schedule.  Hopefully, another motion to dismiss will not have to be submitted by your clients.

Thank you,

*Gloria Dredd Haney, Esq.*

**LAW OFFICES OF GLORIA DREDD HANEY**

5753 East Santa Ana Canyon Road

Suite G-210

Anaheim Hills, CA 92807

dreddlaw@sbcglobal.net [email]

(714)  279-0485 [Main Office Phone & Message Center]

(714)  279-0485 [Direct]

(714)  921-2856 [Fax]

Nkoyi8@email.com [email for Gaston K. Kandolo];  (714) 809-2696/353-9559 [Direct for Gaston K. Kandolo, A.S., Executive Legal Assistant/Paralegal]

Dreddlaw1@gmail.com [email for Kirk C. Womack];  (714) 353-9559 [Direct for Kirk C. Womack, J.D., Senior Legal Assistant/Paralegal]

Confidentiality Note:

**From:** Viddell Lee Heard <lheard@lcwlegal.com>
**Sent:** Monday, March 03, 2025 3:29 PM
**To:** dreddlaw@sbcglobal.net
**Cc:** 'Kirk Womack' <kcwomack@hotmail.com>; 'Gaston Kandolo' <nkoyi8@gmail.com>; 'Law Offices of GDH' <dreddlaw1@gmail.com>; Mark H. Meyerhoff <mmeyerhoff@lcwlegal.com>
**Subject:** Alvarez v. Chaffey CCD et al: Request to Meet-and-Confer re SAC
**Importance:** High

Hi, Gloria. Would you let me know when you are available to meet-and-confer regarding a motion to dismiss the Second Amended Complaint?

I don't think our conference will take long. The SAC is materially identical to the original complaint, so I expect Defendants' motion to dismiss the SAC will raise at least the same deficiencies identified in Defendants' 12/4/24 motion to dismiss the original complaint (Doc. # 18). I've attached a copy of that motion for your convenience and to allow our discussion to proceed more efficiently. Please advise as to your availability.

 Lee

**Viddell Lee Heard** | Associate
LIEBERT CASSIDY WHITMORE

6033 West Century Boulevard, 5th Floor
Los Angeles, CA 90045

tel: 310.981.2000  |  dir: 310.981.2018
fax: 310.337.0837

|    |    |    |



This electronic communication contains information that is confidential, legally privileged, and proprietary. The information contained in this communication is intended only for use by the designated individual or entity. If the reader is not the intended recipient of this communication, the reader is hereby notified that any reliance on the information contained herein is taken at reader's own risk and any dissemination, distribution or copy of this information is strictly prohibited.  If you have received this communication in error, please notify our office immediately by calling 800-645-2696 or reply to this communication and then delete the communication.

This email message has been delivered safely and archived online by Mimecast.

This email message has been delivered safely and archived online by Mimecast.

This email message has been delivered safely and archived online by Mimecast.

This email message has been delivered safely and archived online by Mimecast.